**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6116

JOHN HENRY CURTIS, JR.,

Plaintiff – Appellant,

v.

SOLOMON HEJIRIKA; THE ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James  K.  Bredar,  District Judge.
(1:11-cv-00684-JKB)

Submitted:  May 7, 2012                 Decided:  June 4, 2012

Before NIEMEYER, KEENAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Henry Curtis, Jr., Appellant Pro SE. Edward John Kelley,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Henry Curtis, Jr., seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 (2006) petition and denying his motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Curtis has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED